**ORDERED.**

Dated: September 14, 2022

_____
Jacob A. Brown
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:  
GALE WINN  
                  Debtor

CASE NO.: 3:19-bk-03703-JAB  
Chapter 13

**ORDER DENYING DEBTOR'S MOTION TO DETERMINE WHETHER THE CHANGE IS REQUIRED TO MAINTAIN PAYMENTS IN ACCORDANCE WITH 1322(B)(5) OF THE CODE REGARDING POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DE 276)**

This case is before the Court upon the Debtor's Motion to Determine whether the Change is Required to Maintain Payments in Accordance with 1322(b)(5) of the Code regarding Post-Petition Mortgage Fees, Expenses, and Charges (DE 276). Upon hearing held on September 13, 2022, the evidence presented and argument of counsel, it is

ORDERED

The Debtor's Motion is denied.

Copies furnished to:
Gale Winn, 8208 White Falls Blvd., Unit 107, Jacksonville, Florida 32256
Matthew Klein, Howard Law Group, 4755 Technology Way, Suite 104, Boca Raton, FL 33431
Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, FL  32201-4308

Douglas W. Neway, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.