*Fee Paid 298.00*

**FILED**
JACKSONVILLE, FLORIDA
SEP 16 2022
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

GALE WINN,
**Plaintiff,**

Case No. 3:19-bk-03703-JAB

JACOB AARON BROWN (Fl Bar No.170038 )
DOUGLAS WILLIAM NEWAY (FL Bar No.709948)
NICOLE MARIANI NOLE (FL Bar No. 69883)
MARSHA BROWN (FL Bar No. 650064)
JOHN FREEMAN (FL Bar No. 58618)
MATTHEW KLEIN (FL Bar No. 73529), et. al.
**Defendants.**

## NOTICE OF APPEAL

I Gale Winn, pursuant to Federal Rules of Bankruptcy Procedure 8002 (1) and 8002 (2) after the bankruptcy court announced a final decision or order, or decree (since I no longer receive proper service from the Bankruptcy Court via BNC Notices or regular mail) and pursuant to Bankruptcy Procedure 8002 (2) request the Notice of Appeal to be treated as filed on the date of and after the entry. I am exercising my Constitutional Rights to represent myself Pro Se and hereby file this Notice of Appeal, *requesting a jury trial* ~~to the Eleventh Circuit of Appeal, the 1)~~ 1) Doc 306 Order Denying Debtor's Motion ~~Order resulting from Order to Show Cause~~ *to Determine Whether Change is required to maintain payments in accordance* ~~(Doc 286, Doc 290, Doc 291 and Doc 293 Memorandum), 2) Order resulting from~~ *with 1322(B)(5) of the code regarding post-petition mortgage fees,* ~~Objection to 6/10/22 docketed Post-petition Attorney Fees of Nicole Nole (Doc 276,~~ 3) *expenses, 2) Doc 309 Interim Order Imposing Sanctions and Doc* ~~Doc 283, Doc 288, Doc 289, Doc 295) and Order resulting from Trustee Motion to~~ *309 Order Striking Notice of Appeal, including Doc 286, 290, 291.* ~~Dismiss (Doc 292).~~

Dated this ~~13th~~ *16th* day of September 2022

_____
*Gale Winn*
Gale Winn, Pro Se, 8208 White Falls Blvd., Unit # 107, Jax, FL 32256
PH: (631) 805-4750, EMAIL: winngale@aol.com

*Appeal Fee of $298.00 BOA Cashiers Check #1008809203 and Transcript Order Form pursuant to Federal Rules of Appellate Procedure attached hereto. Sept. 16, 2022*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

FILED
JACKSONVILLE, FLORIDA

SEP 16 2022

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Gale Winn, Pro Se | Jacob Aaron Brown (FL Bar # 170038) <br> Douglas William Neway (FL Bar # 709948) <br> Nicole Mariani Nole (FL Bar # 69883), et. al. |
| Bankruptcy Case No.  3:19-bk-03703-JAB | Adversary Case No. _____ |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Pro Se <br> 8208 White Falls Blvd. # 107 <br> Jacksonville, FL 32256 <br> 631-805-4750 | Jacob Aaron Brown, Judge <br> U. S. Bankruptcy Court <br> 300 North Hogan Street, Suite 3-150 <br> Jacksonville, FL 32202 <br> (904) 301-6560 |

## NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
   Notice of Appeal filed: Sept. 16th, 2022 pursuant to FRBP 8002 (2)  Sept. 14, '22  Sept. 15, '22
   Date of Order Appealed: Sept. 13, 2022 (FRBP 8002 (2)) - Hearing Held on 3 Issues  DOC 306, DOC 308, DOC 309
   Title of Order Appealed: Order to Show Cause/Sanction Order, Order on Post-Petition Fees and Order Trustee Motion to Dismiss
   Debtor's County of Residence: Duval County

[ ] Motion to Withdraw Reference
    Filed: _____   By: _____

[ ] Interlocutory Appeal
    Title of Interlocutory Order or Decree: _____
    Date of Order or Decree: _____
    Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
    Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?  [✓] Yes  [ ] No
If not, do you intend to do so?  [✓] Yes  [ ] No   If ordered, on what date? August 28, 2022

Jury Trial Requested

_Gale Winn_
Pro Se ~~Attorney~~/Appellant
Sept. 16, 2022